UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LELAND FOSTER,

    Plaintiff,

v.

    Case No. 17-cv-10602
    Honorable Linda V. Parker

WPS Novi, LLC,

    Defendant.

_____

**OPINION AND ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO PROCEED WITHOUT LOCAL COUNSEL [ECF NO. 5]**

Counsel for Defendant WPS Novi, LLC ("Defendant") filed this unopposed motion for leave to proceed without local counsel on March 29, 2017. (ECF No. 5.) Eastern District of Michigan Local Rule 83.20(f) provides that "[a] member of the bar of this court who appears as attorney of record in the district and is not an active member of the State Bar of Michigan must specify as local counsel a member of the bar of this court with an office in the district." E.D. Mich. LR 83.20(f)(1). This Court, however, "may relieve an attorney who is not an active member of the State Bar of Michigan of the obligation to specify local counsel." *Id.*

Counsel for Defendant requests that this Court relieve him of this obligation because he is admitted to practice before this Court and is able to present and argue

1

Defendant's case "at any hearing…on short notice." (ECF No. 5 at Pg ID 19.) Counsel contends he is familiar with the local rules of this district and would be able to perform any role that local counsel would typically perform. Counsel also notes that without leave, his client will be prejudiced by paying additional attorneys' fees to retain local counsel. (*Id.*) Counsel for Plaintiff does not oppose this motion. (*Id.* at Pg ID 20.)

Accordingly,

**IT IS ORDERED** that Defendant's motion for leave to proceed without local counsel (ECF No. 5) is **GRANTED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: April 13, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, April 13, 2017, by electronic and/or U.S. First Class mail.

s/ Richard Loury
Case Manager