# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**LELAND FOSTER,**

    Plaintiff,

**vs.**

**WPS Novi, LLC,**

    Defendant.

Case No. 17-cv-10602

Honorable Linda V. Parker

| | |
|---|---|
| Owen B. Dunn Jr.<br>LAW OFFICE OF OWEN B. DUNN, JR.<br>The Ottawa Hills Shopping Center<br>4334 W. Central Ave., Ste. 222<br>Toledo, OH 43615<br>(419) 241-9661<br>dunnlawoffice@sbsglobal.net<br><br>Valerie J. Fatica (0083812)<br>4334 W. Central Ave., Ste. 222<br>Toledo, OH 43615<br>(419) 654-1622<br>valerifatica@gmail.com<br><br>*Attorneys for Plaintiff* | Steve A. Miller<br>Scott C. Fanning<br>10 S. Wacker Dr., Ste. 3450<br>Chicago, IL 60606<br>(312) 346-8061<br>smiller@fisherphillips.com<br>sfanning@fisherphillips.com<br>*Attorneys for Defendant* |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the Plaintiff, Leland Foster, and the Defendant, WPS Novi, LLC, through their respective attorneys hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**LELAND FOSTER,**

    Plaintiff,

**vs.**

**WPS Novi, LLC,**

    Defendant.

Case No. 17-cv-10602

Honorable Linda V. Parker

| | |
|---|---|
| Owen B. Dunn Jr.<br>LAW OFFICE OF OWEN B. DUNN, JR.<br>The Ottawa Hills Shopping Center<br>4334 W. Central Ave., Ste. 222<br>Toledo, OH 43615<br>(419) 241-9661<br>dunnlawoffice@sbsglobal.net<br><br>Valerie J. Fatica (0083812)<br>4334 W. Central Ave., Ste. 222<br>Toledo, OH 43615<br>(419) 654-1622<br>valerifatica@gmail.com<br><br>*Attorneys for Plaintiff* | Steve A. Miller<br>Scott C. Fanning<br>10 S. Wacker Dr., Ste. 3450<br>Chicago, IL 60606<br>(312) 346-8061<br>smiller@fisherphillips.com<br>sfanning@fisherphillips.com<br>*Attorneys for Defendant* |

## ORDER

Pursuant to the Stipulation of Dismissal with Prejudice above, and good cause appearing therefore,

**IT IS HEREBY ORDERED** as follows:

This matter is dismissed with prejudice, each party to bear her or its own attorney's fees and costs.

**IT IS SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: August 24, 2017

Respectfully submitted,

/s/ Owen B. Dunn, Jr.
Owen B. Dunn Jr.
LAW OFFICE OF OWEN B. DUNN, JR.
The Ottawa Hills Shopping Center
4334 W. Central Ave., Ste. 222
Toledo, OH 43615
(419) 241-9661
dunnlawoffice@sbsglobal.net

Valerie J. Fatica (0083812)
4334 W. Central Ave., Ste. 222
Toledo, OH 43615
(419) 654-1622
valerifatica@gmail.com

*Attorneys for Plaintiffs*

Dated: August 23, 2017

/s/ Scott C. Fanning
Steve A. Miller
Scott C. Fanning
10 S. Wacker Dr., Ste. 3450
Chicago, IL 60606
(312) 346-8061
smiller@fisherphillips.com
sfanning@fisherphillips.com
*Attorneys for Defendant*